IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BENNIE RYBURN, III                                                    PLAINTIFF

v.                              No. 4:20-cv-232-DPM

STATE LIFE INSURANCE COMPANY                          DEFENDANT

## JUDGMENT

Ryburn's complaint is dismissed with prejudice. The Court retains jurisdiction until 4 January 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2020